**Order entered June 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01463-CV

**YAN BENJAMIN WILHELM ASSOUN, Appellant**

**V.**

**ANAIS AMBER GUSTAFSON (A/K/A ANAIS AMBER ASSOUN) AND JOHN CHARLES GUSTAFSON, JR., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02323-2014**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **DENY** appellant's motion to decrease amount of security as premature and without prejudice to refiling if necessary after any "substantial economic harm" hearing in the trial court. *See* TEX. R. APP. P. 24.2(b).


/s/     CRAIG STODDART
JUSTICE